UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DARRELL ROSE, et al.,

                Plaintiffs,        No. 21-CV-3164 (AT) (OTW)

     -against-                      **ORDER**

THE STATE OF NEW YORK., et al.,

                Defendants.

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Defendants' request for an extension of time to file an Answer until **November 19, 2021**. (ECF 19). The request is **GRANTED**.

The Clerk of the Court is respectfully directed to send a copy of this Order to the *pro se* Plaintiff and close ECF 19.

**SO ORDERED.**

                                                            *s/ Ona T. Wang*

Dated: New York, New York                    **Ona T. Wang**
       November 18, 2021                United States Magistrate Judge

1