UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                                        :
DARRELL ROSE,                                           :
                                                        :
                                    Plaintiff,          :     No. 21-CV-3164 (AT) (OTW)
                                                        :
                    -against-                           :     **ORDER**
                                                        :
THE CITY OF NEW YORK., et al.,                          :
                                                        :
                                    Defendants.         :
                                                        :
--------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

As ordered at the December 2, 2021 Initial Case Management conference, Plaintiff is

directed to file an opposition to Defendant City of New York's Motion to Dismiss by **January 14,**

**2022**. Defendant is directed to serve a copy of its Motion to Dismiss (ECF 22, 23), and a copy of

this Order to Plaintiff via mail and e-mail. As ordered at the conference, Defendant is also

directed to order a copy of the December 2, 2021 conference transcript and provide a copy to

Plaintiff via mail and email. Discovery is stayed pending the resolution of Defendant's motion to

dismiss.

The *Pro Se* Office is located in the United States Courthouse, 40 Foley Square, Room

105, New York, New York (telephone 212-805-0175) and can assist *pro se* litigants in connection

with court procedures. The Court also notes that there is a legal clinic in this District to assist

individual parties in civil cases who do not have lawyers. The Clinic is run by a private

organization called the New York Legal Assistance Group; it is not part of, or run by, the Court.

The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New

York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse.

1

The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed.

Plaintiff is encouraged to make an appointment with the Clinic by calling (212) 659-6190.

      **SO ORDERED.**

                                            *s/ Ona T. Wang*

Dated: New York, New York

        December 3, 2021                      **Ona T. Wang**

                                          United States Magistrate Judge