UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DARRELL ROSE,

                       Plaintiff,                      No. 21-CV-3164 (AT) (OTW)

           -against-                    **ORDER**

THE CITY OF NEW YORK., et al.,

                      Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's request for an extension to respond to respond to Defendants' motion to dismiss to March 18, 2022. This request is **GRANTED**. Plaintiff is directed to respond on or before March 18, 2022.

**SO ORDERED.**

                                                                        _s/ Ona T. Wang_

Dated: New York, New York                           **Ona T. Wang**
        January 13, 2022                           United States Magistrate Judge