```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
DARRELL ROSE,                                                :
                                                             :
                                 Plaintiff,                  :   No. 21-CV-3164 (AT) (OTW)
                                                             :
              -against-                                      :   ORDER
                                                             :
THE CITY OF NEW YORK., et al.,                               :
                                                             :
                                 Defendants.                 :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

After the December 2, 2021 Initial Case Management conference, Plaintiff was directed to file an opposition to Defendants' Motion to Dismiss by January 14, 2022. (ECF 30). On January 11, 2022, Plaintiff requested an extension to respond to Defendants' Motion to Dismiss until March 18, 2022, which the Court granted. (ECF 35, ECF 36). By May 5, 2022, Plaintiff had still not filed his opposition. The Court ordered Plaintiff to file his opposition by June 17, 2022, and warned that failure to do so will result in the Court considering Defendants' Motion to dismiss as unopposed. (ECF 37). On May 17, 2022, Plaintiff filed a letter stating that he had lost track of time, is struggling to write the opposition, and seeks another 90-day extension. (ECF 38).

Plaintiff has until **July 29, 2022** to file his opposition. **There will be no additional extensions of this deadline. If Plaintiff fails to file his opposition by July 29, 2022, the Motion to Dismiss may be considered unopposed, and may result in a dismissal of the action.**

1

2

The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff.

**SO ORDERED.**

Dated: New York, New York
May 25, 2022

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge