USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRELL ROSE,

          Plaintiff,

-against-

THE CITY OF NEW YORK DEPARTMENT OF CORRECTION; DEPUTY GUITY; CAPTAIN CHACARA; CORRECTIONAL OFFICER #17482; R. KSETKA,

          Defendants.

21 Civ. 3164 (AT) (OTW)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 50, of the Honorable Ona T. Wang, the Court reviewed the R&R for clear error and found none. *Oquendo v. Colvin*, No. 12 Civ. 4527, 2014 WL 4160222, at *2 (S.D.N.Y. Aug. 19, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Defendants' motion to dismiss is GRANTED and the case is DISMISSED with prejudice.

    The Clerk of Court is directed to terminate the motion at ECF No. 22, mail a copy of this order to Plaintiff *pro se*, and close the case.

    SO ORDERED.

Dated: September 26, 2022
       New York, New York

                                          ANALISA TORRES
                                          United States District Judge