UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DARRELL ROSE,

                       Plaintiff,

    -against-                                  21 **CIVIL** 3164 (AT)(OTW)

## JUDGMENT

THE CITY OF NEW YORK DEPARTMENT
OF CORRECTION; DEPUTY GUITY;
CAPTAIN CHACARA; CORRECTIONAL
OFFICER #17482; R. KSETKA,

                       Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 26, 2022, having received no objections to the Report and Recommendation of the Honorable Ona T. Wang, the Court reviewed the R&R for clear error and found none. Oquendo v. Colvin, No. 12 Civ. 4527, 2014 WL 4160222, at *2 (S.D.N.Y. Aug. 19, 2014). The Court has ADOPTED the R&R in its entirety. Accordingly, Defendants' motion to dismiss is GRANTED and the case is DISMISSED with prejudice.

**Dated:** New York, New York

        September 27, 2022

                                                     **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                         **BY:**    *K. Mango*

                                                      **Deputy Clerk**